| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Moore, Kimberly A. | 2. Court or Organization<br><br>Federal Circuit | 3. Date of Report<br><br>03/20/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>United States Court of Appeals for the Federal Circuit<br>717 Madison Place, NW<br>Washington, DC 20439 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 03/20/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | attorney, self-employed, partner |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Utah State Bar | 02/22/2018 - 02/26/2018 | Salt Lake City, UT | Activity of professional association | Transportation, meals and lodging |
| 2. | Federal Circuit Bar Association | 06/20/2018 - 06/23/2018 | San Diego, CA | Activity of professional association | Transportation, meals and lodging |
| 3. | Georgia Bar Association | 09/20/2018 - 09/23/2018 | Amelia Island, FL | Activity of professional association | Transportation, meals and lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 03/20/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 03/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property (2008 $2,211,554.00) (Currituck County, NC) 11-30-2016 | G | Rent | P1 | Q | | | | | |
| 2. | | | | | | | | | |
| 3. Alexandria Apartment Associates, LLC Alexandria, VA June 2017 $500,000 | E | Rent | N | R | | | | | |
| 4. | | | | | | | | | |
| 5. Capital One Bank Accounts | A | Interest | O | T | | | | | |
| 6. | | | | | | | | | |
| 7. Citibank Account | A | Interest | P1 | T | | | | | |
| 8. | | | | | | | | | |
| 9. Northwestern Mutual Life Insurance - Whole Life | B | Dividend | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. Northwestern Mutual Life Insurance - Whole Life | B | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. Berkshire Life Insurance - Whole Life | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. CHARLES SCHWAB ACCOUNTS | | | | | | | | | |
| 16. - Vanguard Developed Markets | A | Dividend | J | T | Buy (add'l) | 01/02/18 | J | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 03/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    - Vanguard Total Stock Market | D | Dividend | N | T | Buy (add'l) | 01/02/18 | J | | |
| 19. | | | | | | | | | |
| 20.    - Morley Stable Value Fund Net 20 | | None | M | T | | | | | |
| 21. | | | | | | | | | |
| 22.    - T. Rowe Price Mid-Cap Growth | E | Dividend | O | T | Buy (add'l) | 01/02/18 | J | | |
| 23. | | | | | | | | | |
| 24.    - Vanguard Instiutional Index I | D | Dividend | N | T | Buy (add'l) | 01/02/18 | J | | |
| 25. | | | | | | | | | |
| 26.    - Vanguard Total Bond | D | Interest | N | T | Buy (add'l) | 01/02/18 | J | | |
| 27. | | | | | | | | | |
| 28.    VA 529 PLANS (H) | | | | | | | | | |
| 29.    - pre Paid | | None | M | T | | | | | |
| 30. | | | | | | | | | |
| 31.    - in Vest 2021 | | None | L | T | | | | | |
| 32. | | | | | | | | | |
| 33.    - in Vest 2015 | | None | N | T | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 03/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - in Vest Stable Value | | None | L | T | | | | | |
| 36. | | | | | | | | | |
| 37. VANGUARD ACCOUNT (H) | | | | | | | | | |
| 38. - Energy Fund Investor | A | Dividend | K | T | | | | | |
| 39. | | | | | | | | | |
| 40. - Large Cap Index | B | Dividend | N | T | Buy (add'l) | 07/02/18 | K | | |
| 41. | | | | | Buy (add'l) | 10/25/18 | K | | |
| 42. | | | | | Buy (add'l) | 11/21/18 | K | | |
| 43. | | | | | | | | | |
| 44. - Mid Cap Index | B | Dividend | M | T | Buy (add'l) | 07/02/18 | K | | |
| 45. | | | | | Buy (add'l) | 10/25/18 | K | | |
| 46. | | | | | Buy (add'l) | 11/23/18 | K | | |
| 47. | | | | | | | | | |
| 48. - Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 49. | | | | | | | | | |
| 50. - Short Term Bond | A | Dividend | L | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 03/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Small Cap Index | A | Dividend | M | T | Buy (add'l) | 07/02/18 | K | | |
| 53. | | | | | Buy (add'l) | 10/25/18 | K | | |
| 54. | | | | | Buy (add'l) | 11/21/18 | K | | |
| 55. | | | | | | | | | |
| 56.   - Total Bond Market Index | B | Dividend | L | T | | | | | |
| 57. | | | | | | | | | |
| 58.   - Total Index Intl Stock | C | Dividend | M | T | Buy (add'l) | 10/25/18 | K | | |
| 59. | | | | | | | | | |
| 60.   - Total Stock Market Fund | B | Dividend | M | T | Buy (add'l) | 10/25/18 | L | | |
| 61. | | | | | | | | | |
| 62.   - Vanguard Energy ETF | A | Dividend | L | T | Buy (add'l) | 10/25/18 | K | | |
| 63. | | | | | | | | | |
| 64.   - 500 Index Fund | D | Dividend | P1 | T | Buy (add'l) | 07/02/18 | L | | |
| 65. | | | | | Buy (add'l) | 10/25/18 | M | | |
| 66. | | | | | Buy (add'l) | 11/23/18 | M | | |
| 67. | | | | | | | | | |
| 68.   WELLS FARGO ACCOUNT A (BROKERAGE) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 03/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Becton Dickinson | B | Dividend | M | T | Buy (add'l) | 10/25/18 | K | | |
| 70. | | | | | | | | | |
| 71. - Bio Life Solutions | | None | L | T | Buy | 07/06/18 | L | | |
| 72. | | | | | Buy (add'l) | 10/05/18 | K | | |
| 73. | | | | | | | | | |
| 74. - Church & Dwight Inc. | C | Dividend | N | T | | | | | |
| 75. | | | | | | | | | |
| 76. - Cintas | B | Dividend | | | Sold | 05/01/18 | L | E | |
| 77. | | | M | T | Buy | 10/02/18 | M | | |
| 78. | | | | | | | | | |
| 79. - Clorox | D | Dividend | M | T | | | | | |
| 80. | | | | | | | | | |
| 81. - Constellation Brands | C | Dividend | M | T | Buy (add'l) | 04/18/18 | K | | |
| 82. | | | | | Buy (add'l) | 07/06/18 | K | | |
| 83. | | | | | | | | | |
| 84. - Cracker Barrel Old Ctry Store | D | Dividend | M | T | Buy (add'l) | 03/01/18 | K | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 03/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Cryoport | | None | K | T | | | | | |
| 87. | | | | | | | | | |
| 88.   - Danaher Corp. | A | Dividend | M | T | Buy (add'l) | 10/05/18 | L | | |
| 89. | | | | | | | | | |
| 90.   - Deluxe Corp. | B | Dividend | K | T | | | | | |
| 91. | | | | | | | | | |
| 92.   - Dollar General | A | Dividend | M | T | Buy | 01/11/18 | M | | |
| 93. | | | | | Buy (add'l) | 01/29/18 | L | | |
| 94. | | | | | | | | | |
| 95.   - Dr. Pepper | C | Dividend | | | Sold | 01/29/18 | M | E | |
| 96. | | | | | | | | | |
| 97.   - Fed Ex | B | Dividend | M | T | Buy (add'l) | 04/18/18 | K | | |
| 98. | | | | | Buy (add'l) | 07/06/18 | L | | |
| 99. | | | | | | | | | |
| 100.   - HanesBrands Inc. | C | Dividend | | | Sold | 12/12/18 | L | A | |
| 101. | | | | | | | | | |
| 102.   - Hormel Foods | A | Dividend | | | Sold | 01/11/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 03/20/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104.  - Hershey Company | C | Dividend | M | T | | | | | |
| 105. | | | | | | | | | |
| 106.  - Hill-Rom Holdings | B | Dividend | N | T | Buy (add'l) | 03/01/18 | K | | |
| 107. | | | | | Buy (add'l) | 10/25/18 | L | | |
| 108. | | | | | | | | | |
| 109.  - INTL Flavor | C | Dividend | M | T | Buy (add'l) | 10/25/18 | L | | |
| 110. | | | | | | | | | |
| 111.  - Intuitive Surgical | | None | O | T | | | | | |
| 112. | | | | | | | | | |
| 113.  - JM Smucker | C | Dividend | M | T | Buy (add'l) | 07/06/18 | L | | |
| 114. | | | | | | | | | |
| 115.  - Marathon Petroleum | | None | L | T | Buy | 12/12/18 | M | | |
| 116. | | | | | | | | | |
| 117.  - McCormick & Co. | | None | M | T | Buy | 10/25/18 | M | | |
| 118. | | | | | | | | | |
| 119.  - McDonalds | D | Dividend | N | T | Buy (add'l) | 05/01/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 03/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 07/06/18 | K | | |
| 121. | | | | | | | | | |
| 122. - Old Dominion Freight Line | A | Dividend | N | T | Buy | 09/07/18 | M | | |
| 123. | | | | | Buy (add'l) | 10/02/18 | L | | |
| 124. | | | | | Buy (add'l) | 10/25/18 | K | | |
| 125. | | | | | | | | | |
| 126. - Pepsico Incorporated | D | Dividend | M | T | | | | | |
| 127. | | | | | | | | | |
| 128. - Petmed Expresss | | None | | | Buy | 06/13/18 | J | | |
| 129. | | | | | Buy (add'l) | 07/06/18 | M | | |
| 130. | | | | | Sold | 10/02/18 | L | A | |
| 131. | | | | | | | | | |
| 132. - Stericycle Inc. | | None | K | T | | | | | |
| 133. | | | | | | | | | |
| 134. - Stryker | C | Dividend | N | T | Buy (add'l) | 10/25/18 | L | | |
| 135. | | | | | | | | | |
| 136. - Therapeutics MD Inc. | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 03/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. - Transenterix Inc. | | None | K | T | Buy | 07/06/18 | L | | |
| 139. | | | | | | | | | |
| 140. - US Foods Holdings | | None | L | T | | | | | |
| 141. | | | | | | | | | |
| 142. - Visa | B | Dividend | N | T | Buy | 04/18/18 | K | | |
| 143. | | | | | | | | | |
| 144. - View Ray Inc. | | None | | | Sold | 04/18/18 | L | A | |
| 145. | | | | | | | | | |
| 146. WELLS FARGO ACCOUNT B (IRA) | | | | | | | | | |
| 147. - Becton Dickinson | B | Dividend | L | T | | | | | |
| 148. | | | | | | | | | |
| 149. - Church & Dwight Inc. | C | Dividend | K | T | | | | | |
| 150. | | | | | | | | | |
| 151. - Cracker Barrel | B | Dividend | L | T | Buy | 03/01/18 | K | | |
| 152. | | | | | | Buy (add'l) | 10/05/18 | L | | |
| 153. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 03/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Cryoport | | None | J | T | Buy | 10/13/17 | J | | |
| 155. | | | | | | | | | |
| 156. - Cintas Corp. | | None | | | Sold | 03/01/18 | L | E | |
| 157. | | | | | | | | | |
| 158. - Danaher | A | Dividend | L | T | Buy | 03/01/18 | K | | |
| 159. | | | | | | | | | |
| 160. - Deluxe Corp. | B | Dividend | K | T | | | | | |
| 161. | | | | | | | | | |
| 162. - Dollar General | B | Dividend | M | T | Buy | 01/29/18 | M | | |
| 163. | | | | | | | | | |
| 164. - Dr. Pepper | | | | | Sold | 01/29/18 | M | E | |
| 165. | | | | | | | | | |
| 166. - Fed Ex | A | Dividend | K | T | Buy (add'l) | 04/18/18 | J | | |
| 167. | | | | | | | | | |
| 168. - Gilead Science | | None | | | Sold | 06/01/17 | K | A | |
| 169. | | | | | | | | | |
| 170. - Growth Fund America | D | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. - Ingersoll Rand - Foreign Bond | C | Interest | | | Redeemed | 05/24/18 | L | | |
| 173. | | | | | | | | | |
| 174. - Intl Flavor & Fragrances | B | Dividend | L | T | | | | | |
| 175. | | | | | | | | | |
| 176. - Intuitive Surgical | | None | M | T | | | | | |
| 177. | | | | | | | | | |
| 178. - JM Smuckers | B | Dividend | L | T | | | | | |
| 179. | | | | | | | | | |
| 180. - J & J Snack Foods | A | Dividend | | | Buy | 03/01/18 | L | | |
| 181. | | | | | Sold | 06/13/18 | L | D | |
| 182. | | | | | | | | | |
| 183. - Pepsico | C | Dividend | L | T | Buy | 04/18/18 | L | | |
| 184. | | | | | | | | | |
| 185. - Petmed Express | | None | | | Buy | 06/13/18 | L | | |
| 186. | | | | | Sold | 10/02/18 | L | A | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 03/20/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Stericycle | | None | K | T | | | | | |
| 189. | | | | | | | | | |
| 190. - Tractor Supply | A | Dividend | | | Sold | 04/18/18 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 03/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 135 in the the 2017 Financial Disclosure Report column D1 should have been reported as "sold in part." Please refer to line 136 in the 2018 Financial Disclosure Report. Please accept this for the 2017 and 2018 report.

Line 154 in the 2018 Financial Disclosure Reort was inadvertenly omitted from the 2017 Financial Disclosure Report. Please accept for the 2017 and 2018 report..

Line 169 in the the 2017 Financial Disclosure Report Gilead Science was inadvertently misreported. This was sold on 6/1/2017. Please refer to line 168 in the 2018 Financial Disclosure Report. Please accept for the 2017 and 2018 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Kimberly A. Moore**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544